IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:11CV90-RLV-DSC

| | |
|---|---|
| KIMBERLIE PHILLIPS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| SHEETZ, INC. AND KELLY HOSTETLER, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Jerry C. Newsome]" (document #4) filed July 5, 2011. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: July 6, 2011

David S. Cayer
United States Magistrate Judge